**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| John Willard Greywind, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| James T. Podrebarac, Leann Bertsch, | ) | |
| Patrick Branson, and Kathy Bachmeier, | ) | Case No. 1:10-cr-006 |
| | ) | |
| Defendants. | ) | |

In lieu of conducting an initial pretrial scheduling/discovery conference in this case pursuant to Rule 16(b) of the Federal Rules of Procedure, **IT IS HEREBY ORDERED** that each party shall submit to the court a proposed pretrial plan by May 12, 2010.  The proposed pretrial plans should not be filed with the court but instead submitted to the undersigned by e-mail in "Wordperfect" or "Word" format to J-Miller@ndd.uscourts.gov.  In the alternative, the parties can submit a hard copy of their proposed plans to undersigned at PO Box 670, Bismarck, ND 58502-0670.  A sample plan is attached to this order for the parties' reference. Upon receipt and review of the parties' proposed plans, the court will establish a pretrial management plan and will schedule this matter for trial.

Dated this 12th day of April, 2010.

*/s/  Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge